**In the Matter of Richard W. SHEEHAN, Appellant.**

**No. 8799.**

United States Court of Appeals
District of Columbia.

Argued Feb. 12, 1945.

Decided April 23, 1945.

Mr. Howard Boyd, of Washington, D. C. (appointed by this Court), with whom Mr. Paul N. Schaub, of Washington, D. C., was on the brief, for appellant.

Mr. Charles B. Murray, Assistant United States Attorney, of Washington, D. C., with

whom Mr. Edward M. Curran, United States Attorney, of Washington, D. C., was on the brief, for appellee.

Before MILLER, EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

The order in this case is affirmed on the authority of Strong v. Huff, No. 8766, —— U.S.App.D.C. ——, 148 F.2d 692.

Affirmed.

**Harold D. REED, Appellant, v. Ray L. HUFF, General Superintendent D. C. Reformatory, Appellee.**

**No. 8848.**

United States Court of Appeals
District of Columbia.

Argued March 20, 1945.

Decided April 23, 1945.

Harold D. Reed, appellant, pro se. Mr. Milford F. Schwartz, of Washington, D. C. (appointed by this Court) appeared for appellant.

Mr. Charles B. Murray, Assistant United States Attorney, of Washington, D. C., with whom Mr. Edward M. Curran, United States Attorney, of Washington, D. C., was on the brief, for appellee.

Before GRONER, Chief Justice, and MILLER and ARNOLD, Associate Justices.

PER CURIAM.

The order in this case is affirmed on the authority of Strong v. Huff, No. 8766, —— U.S.App.D.C. ——, 148 F.2d 692.

Affirmed.